**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>**Southern District of Indiana** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Team One Transport, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**35-1614856** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4161 N 150 W**<br>**Columbus, IN**<br><div align="right">ZIP Code<br>**47201**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Bartholomew** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **4161 N 150 W**<br>**Columbus, IN 47201** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." | ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(4/10)**          Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> **Team One Transport, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** _____ <br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)


       _____
       (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Team One Transport, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Samuel D. Hodson** _____
Signature of Attorney for Debtor(s)

**Samuel D. Hodson 10842-41** _____
Printed Name of Attorney for Debtor(s)

**Benesch, Friedlander, Coplan & Aronoff LLP**
Firm Name

**One American Square, Suite 2300**
**Box 82008**
**Indianapolis, IN 46282**

Address

**(317) 632-3232  Fax: (317) 632-2962** _____
Telephone Number

**October  8, 2010** _____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Kris Kohls** _____
Signature of Authorized Individual

**Kris Kohls** _____
Printed Name of Authorized Individual

**Manager** _____
Title of Authorized Individual

**October  8, 2010** _____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re **Team One Transport, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AFLAC**<br>**1932 Wynnton Rd.**<br>**Columbus, GA 31999** | **AFLAC**<br>**1932 Wynnton Rd.**<br>**Columbus, GA 31999** | **Trade debt** | | **31,933.60** |
| **Anthem Blue Cross Blue Shield**<br>**Anthem BCBS IN GROUP FIN 12-MB IN22C-415**<br>**1351 Wm Howard Taft**<br>**Cincinnati, OH 45206** | **Anthem Blue Cross Blue Shield**<br>**Anthem BCBS IN GROUP FIN 12-MB IN22C-415**<br>**1351 Wm Howard Taft**<br>**Cincinnati, OH 45206** | **Trade debt** | | **129,784.74** |
| **Barnes & Thornburg**<br>**11 S. Meridian Street**<br>**Indianapolis, IN 46204** | **Barnes & Thornburg**<br>**11 S. Meridian Street**<br>**Indianapolis, IN 46204** | **Legal fees** | | **24,239.94** |
| **Comdata Network**<br>**c/o:  Rubin & Levin, PC**<br>**342 Massachusetts Ave, Ste. 500**<br>**Indianapolis, IN 46204** | **Comdata Network**<br>**c/o:  Rubin & Levin, PC**<br>**342 Massachusetts Ave, Ste. 500**<br>**Indianapolis, IN 46204** | **Trade debt** | | **18,797.43** |
| **Farmers Insurance Group**<br>**2725 E. Broadway Blvd.**<br>**Tucson, AZ 85716** | **Farmers Insurance Group**<br>**2725 E. Broadway Blvd.**<br>**Tucson, AZ 85716** | **Trade debt** | | **91,634.43** |
| **First Insurance**<br>**450 Skokie Blvd., Ste. 100**<br>**PO Box 3306**<br>**Northbrook, IL 60065-3306** | **First Insurance**<br>**450 Skokie Blvd., Ste. 100**<br>**PO Box 3306**<br>**Northbrook, IL 60065-3306** | **Trade debt** | | **18,631.85** |
| **Indiana Department of Revenue**<br>**Attn: Teresa Arnold**<br>**3136 N. National Rd., Ste. H**<br>**Columbus, IN 47201** | **Indiana Department of Revenue**<br>**Attn: Teresa Arnold**<br>**3136 N. National Rd., Ste. H**<br>**Columbus, IN 47201** | | | **31,982.32** |
| **Indiana Dept. of Workforce Development**<br>**10 North Senate Ave., Rm SE 106**<br>**Indianapolis, IN 46204** | **Indiana Dept. of Workforce Development**<br>**10 North Senate Ave., Rm SE 106**<br>**Indianapolis, IN 46204** | **Install Agreement** | | **31,419.59** |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re    **Team One Transport, Inc.**                                    Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Indiana Dept. of Workforce Development**<br>**10 North Senate Ave., Rm SE 106**<br>**Indianapolis, IN 46204** | **Indiana Dept. of Workforce Development**<br>**10 North Senate Ave., Rm SE 106**<br>**Indianapolis, IN 46204** | **Current** | | **27,468.70** |
| **Internal Revenue Service**<br>**PO Box 80110**<br>**Cincinnati, OH 45280** | **Internal Revenue Service**<br>**PO Box 80110**<br>**Cincinnati, OH 45280** | **Unemployment** | | **18,597.67** |
| **Internal Revenue Service**<br>**PO Box 80110**<br>**Cincinnati, OH 45280** | **Internal Revenue Service**<br>**PO Box 80110**<br>**Cincinnati, OH 45280** | **Current period W/H** | | **1,564,005.14** |
| **Internal Revenue Service**<br>**PO Box 80110**<br>**Cincinnati, OH 45280** | **Internal Revenue Service**<br>**PO Box 80110**<br>**Cincinnati, OH 45280** | **Prior period W/H** | | **405,164.37** |
| **Kris Kohls**<br>**9841 Deer Ridge Rd.**<br>**Ooltewah, TN 37363** | **Kris Kohls**<br>**9841 Deer Ridge Rd.**<br>**Ooltewah, TN 37363** | **Deferred wages** | | **498,378.22** |
| **Miller & Martin PLLC**<br>**832 Georgia Ave., Ste. 1000**<br>**Chattanooga, TN 37402** | **Miller & Martin PLLC**<br>**832 Georgia Ave., Ste. 1000**<br>**Chattanooga, TN 37402** | **Trade debt** | | **34,041.46** |
| **Pilot Travel Centers LLC**<br>**5508 Lonas Drive**<br>**Knoxville, TN 37909** | **Pilot Travel Centers LLC**<br>**5508 Lonas Drive**<br>**Knoxville, TN 37909** | **Trade debt** | | **63,009.48** |
| **R.M.S.**<br>**4836 Brecksville Rd.**<br>**P.O. Box 523**<br>**Richfield, OH 44286** | **R.M.S.**<br>**4836 Brecksville Rd.**<br>**P.O. Box 523**<br>**Richfield, OH 44286** | **Trade debt** | | **77,948.16** |
| **TMW Systems**<br>**c/o: US Bank**<br>**PO Box 643562**<br>**Cincinnati, OH 45264-3562** | **TMW Systems**<br>**c/o: US Bank**<br>**PO Box 643562**<br>**Cincinnati, OH 45264-3562** | **Trade debt** | | **79,295.26** |
| **TN Dept. of Labor & Workforce Dvlmpt.**<br>**220 French Landing Drive**<br>**Nashville, TN 37243** | **TN Dept. of Labor & Workforce Dvlmpt.**<br>**220 French Landing Drive**<br>**Nashville, TN 37243** | | | **69,834.51** |
| **Tyco Healthcare**<br>**c/o: Condata**<br>**9830 West 190th St., Ste. M**<br>**Mokena, IL 60448-5603** | **Tyco Healthcare**<br>**c/o: Condata**<br>**9830 West 190th St., Ste. M**<br>**Mokena, IL 60448-5603** | **Trade debt** | | **28,779.66** |
| **United Collection Bureau, Inc.**<br>**5620 Southwyck Bvld., Ste. 206**<br>**Toledo, OH 43614** | **United Collection Bureau, Inc.**<br>**5620 Southwyck Bvld., Ste. 206**<br>**Toledo, OH 43614** | **Trade debt** | | **24,238.66** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Team One Transport, Inc.**                                              Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **October  8, 2010**                          Signature   **/s/ Kris Kohls**
                                                                               **Kris Kohls**
                                                                               **Manager**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Team One Transport, Inc.**                                     ,    Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Capital Lease | | | | | |
| **Commercial Credit Group** **P.O. Box 60121** **Charlotte, NC 28260** | | - | | Semi tractor/trailers | | | | | |
| | | | | Value $          **181,872.70** | | | | **181,872.70** | **0.00** |
| Account No. | | | | Statutory Lien | | | | | |
| **Internal Revenue Service** **PO Box 80110** **Cincinnati, OH 45280** | | - | | Secured interest in accounts receivable | | | X | | |
| | | | | Value $          **Unknown** | | | | **0.00** | **Unknown** |
| Account No. | | | | Capital Lease | | | | | |
| **ITC Acceptance Co.** **2843 S. Holt Rd.** **Indianapolis, IN 46241** | | - | | Semi-tractor/trailer | | | | | |
| | | | | Value $          **60,000.00** | | | | **60,000.00** | **0.00** |
| Account No. | | | | Capital Lease | | | | | |
| **Kohls Leasing, LLC** **c/o: Kris Kohls** **9841 Deer Ridge Rd.** **Ooltewah, TN 37363** | | - | | Suburban | | | | | |
| | | | | Value $          **7,689.07** | | | | **7,689.07** | **0.00** |
| __**2**__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | **249,561.77** | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Team One Transport, Inc.**                                        ,        Case No. _____

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Capital Lease | | | | | |
| **Kohls Leasing, LLC** **c/o: Kris Kohls** **9841 Deer Ridge Rd.** **Ooltewah, TN 37363** | | - | Trucks | | | | | |
| | | | Value $        **45,600.00** | | | | **45,600.00** | **0.00** |
| Account No. | | | Capital Lease | | | | | |
| **PACCAR Financial Corp.** **PO Box 642945** **Pittsburgh, PA 15264** | | - | Semi-tractor/trailers | | | | | |
| | | | Value $      **160,000.00** | | | | **160,000.00** | **0.00** |
| Account No. | | | Capital Lease | | | | | |
| **Palmer Leasing Group** **2725 Tobey Drive** **P.O. Box 19882** **Indianapolis, IN 46219** | | - | Semi-tractor/trailer | | | | | |
| | | | Value $      **132,784.80** | | | | **132,784.80** | **0.00** |
| Account No. | | | Capital Lease | | | | | |
| **River Valley Capital** **2728 Asbury Rd., Ste. 115** **Dubuque, IA 52001** | | - | Semi-tractor/trailer | | | | | |
| | | | Value $      **101,857.56** | | | | **101,857.56** | **0.00** |
| Account No. | | | Capital Lease | | | | | |
| **US XPress** **4080 Jenkins Rd.** **Chattanooga, TN 37421** | | - | Semi-trator/trailer | | | | | |
| | | | Value $    **1,563,428.51** | | | | **1,563,428.51** | **0.00** |
| Sheet _**1**_ of _**2**_ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **2,003,670.87** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Team One Transport, Inc.**                                    ,     Case No. _____
                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**US Xpress Enterprises, Inc.**<br>c/o: Lisa Pate<br>4080 Jenkins Road<br>Chattanooga, TN 37421 | - | | Secured Business Loan<br><br>Line of Credit secured by business assests<br><br>Value $ 2,185,403.69 | | | | 2,185,403.69 | 0.00 |
| Account No.<br><br>**Utility Peterbuilt of Indianapolis**<br>4255 Harding Street<br>Indianapolis, IN 46217 | - | | Capital Lease<br><br>Semi-tractor/trailers<br><br>Value $ 1,716,453.00 | | | | 1,716,453.00 | 0.00 |
| Account No.<br><br><br> | | | Value $ | | | | | |
| Account No.<br><br><br> | | | Value $ | | | | | |
| Account No.<br><br><br> | | | Value $ | | | | | |

Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 3,901,856.69 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 6,155,089.33 | 0.00 |

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Team One Transport, Inc.**                                    Case No. _____

                                        Debtor(s)        Chapter        **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **October 8, 2010**                              **/s/ Kris Kohls**
                                        **Kris Kohls**/**Manager**
                                        Signer/Title

ACCOUNTEMPS
12400 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

AFLAC
1932 WYNNTON RD.
COLUMBUS, GA 31999

ALK TECHNOLOGIES
C/O: PARKER, PRICE & WOLFE
1046 RITTERTOWN RD.
HAMPTON, TN 37658

ALLEGIANCE FINANCIAL
4671 ST. JOHN CIRCLE
ZIONSVILLE, IN 46077

ANTHEM BLUE CROSS BLUE SHIELD
ANTHEM BCBS IN GROUP FIN 12-MB IN22C-415
1351 WM HOWARD TAFT
CINCINNATI, OH 45206

BARNES & THORNBURG
11 S. MERIDIAN STREET
INDIANAPOLIS, IN 46204

BOSE, MCKINNEY & EVANS LLP
111 MONUMENT CIRCLE, STE. 2700
INDIANAPOLIS, IN 46204

BPC
BENEFIT PLANNING CONSULTANTS, INC.
2110 CLEARLAKE BLVD., STE. 200
CHAMPAIGN, IL 61826


CAREER BUILDER
C/O: FIDELITY NATIONAL CREDIT SRVCS
DEPT. 2561
LOS ANGELES, CA 90084-2561


CHAMBLIS, BAHNER, & STOPHEL
100 TALLAN BUILDING
TWO UNION SQUARE
CHATTANOOGA, TN 37402


CINTAS #388
60 SOUTH KUWEBA LANE
INDIANAPOLIS, IN 46201


CINTAS #529
P.O. BOX 630803
CINCINNATI, OH 45263


COMDATA NETWORK
C/O: RUBIN & LEVIN, PC
342 MASSACHUSETTS AVE, STE. 500
INDIANAPOLIS, IN 46204


COMMERCIAL CREDIT GROUP
P.O. BOX 60121
CHARLOTTE, NC 28260

DAVID CAMPBELL
873 EVERGREEN ROAD
FRANKFORT, KY 40601


DAYS INN
PARAS COLUMBUS LLC DBA DAYS INN
PO BOX 51428
BOWLING GREEN, KY 42102


DON HOWE
MIKE BREWER
412 FRAZIER DRIVE
CHATTANOOGA, TN 37421


DUCKHAM, DURYEA, HAVENS & MARKEY


ELECTRA MUNDO GRUPPE, LLC
P.O. BOX 64
ONEONTA, AL 35121


ERVIN EQUIPMENT, INC.
BUFFALOE & ASSOCIATES, PLC
PO BOX 190684
NASHVILLE, TN 37219


FARMERS INSURANCE GROUP
2725 E. BROADWAY BLVD.
TUCSON, AZ 85716

```
FIRST INSURANCE
450 SKOKIE BLVD., STE. 100
PO BOX 3306
NORTHBROOK, IL 60065-3306




FREIGHTSTAR
C/O: JENCKS & JENCKS P.C.
121 N. EGAN, P.O. BOX 442
MADISON, SD 57042




IDAHO DEPARTMENT OF LABOR
317 W. MAIN ST.
BOISE, ID 83735




IMPACT TRANSPORTATION SOLUTIONS
13693 MIDDLETOWN LANE
NEOSHO, MO 64850




INDIANA DEPARTMENT OF REVENUE
ATTN: TERESA ARNOLD
3136 N. NATIONAL RD., STE. H
COLUMBUS, IN 47201




INDIANA DEPT. OF WORKFORCE DEVELOPMENT
10 NORTH SENATE AVE., RM SE 106
INDIANAPOLIS, IN 46204




INTERNAL REVENUE SERVICE
PO BOX 80110
CINCINNATI, OH 45280
```

ITC ACCEPTANCE CO.
2843 S. HOLT RD.
INDIANAPOLIS, IN 46241


JAMES BROWN DBA JAMES BROWN LEASING
6908 CHAPMAN ROAD
LITHONIA, GA 30058


JAMES L. PUCKETT
8224 W. 1150 SOUTH
EDINBURGH, IN 46124


KENWORTH OF INDIANAPOLIS
ATTN: SANDY STRANGE
2929 SOUTH HOLT ROAD
INDIANAPOLIS, IN 46241


KOHLS LEASING, LLC
C/O: KRIS KOHLS
9841 DEER RIDGE RD.
OOLTEWAH, TN 37363


KRIS KOHLS
9841 DEER RIDGE RD.
OOLTEWAH, TN 37363


LAW ENFORCEMENT PUBLICATIONS
2348 WEST A.J. HWY #173
MORRISTOWN, TN 37814

```
MCLEOD SOFTWARE
C/O: LATHROP & GAGE, DC
PO BOX 8500
PHILADELPHIA, PA 19178


METLIFE COMMCERCE BANK
811 MAIN STREETM 7TH FLOOR
KANSAS CITY, MO 64105


MICHIGAN DEPARTMENT OF TREASURY
PO BOX 30427
LANSING, MI 48909


MILLER & MARTIN PLLC
832 GEORGIA AVE., STE. 1000
CHATTANOOGA, TN 37402


MUTUAL OF OMAHA UNITED LIFE INSURANCE CO
OMAHA PLAZA
OMAHA, NE 68175


NATIONAL TRANSPORTATION CONSULTANTS
1109 SOUTH 10TH STREET
NOBLESVILLE, IN 46060


NATIONWIDE RETIREMENT
DEPT. 3248
COLUMBUS, OH 43271-3248
```

NELSON ALARM COMPANY
2602 EAST 55TH STREET
INDIANAPOLIS, IN 46220


OLYMPUS MEDIA
C/O: SZABO ASSOCIATES, INC.
3355 LENOX ROAD NE, 9TH FLOOR
ATLANTA, GA 30326-1332


PACCAR FINANCIAL CORP.
PO BOX 642945
PITTSBURGH, PA 15264


PALMER LEASING GROUP
2725 TOBEY DRIVE
P.O. BOX 19882
INDIANAPOLIS, IN 46219


PEOPLENET COMMUNICATIONS
NW 5489
PO BOX 1450
MINNEAPOLIS, MN 55485-5489


PILOT TRAVEL CENTERS LLC
5508 LONAS DRIVE
KNOXVILLE, TN 37909


PITNEY BOWES
PO BOX 856460
LOUISVILLE, KY 40285-6460

```
POLLARD PUBLISHING GROUP
1000 QUINTARD AVE., STE. 201
ANNISTON, AL 36202




PREPASS
23566 NETWORK PLACE
CHICAGO, IL 60673-1235




PROMPTMED
C/O: COLLECTIONS ASSOCIATES
PO BOX 349
GREENSBURG, IN 47240




PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250




R.M.S.
4836 BRECKSVILLE RD.
P.O. BOX 523
RICHFIELD, OH 44286




RANDALL REILLY PUBLISHING CO., LLC
PO BOX 2029
TUSCALOOSA, AL 35403




REPUBLIC CAPITAL
1936 E. FROGTOWN RD.
WALTON, KY 41094
```

RIVER VALLEY CAPITAL
2728 ASBURY RD., STE. 115
DUBUQUE, IA 52001


RLI INSURANCE COMPANY
ATTN: HEATHER DEMETREON
9025 N. LINGBERGH DR.
PEORIA, IL 61615


SAFE GUARD BUSINESS SYSTEMS
C/O: KIPP KRESS
612 LOCEDAN COURT
BLOOMINGTON, IN 47404


SOPUS PRODUCTS
PO BOX 7247-6239
PHILADELPHIA, PA 19170


SOUTHLAND CLAIMS SERVICE
7761 GARDEN GROVE BLVD.
PO BOX 9941
LITTLE ROCK, AR 72203


STATE OF ARKANSAS
DEPT. OF FINANCE AND ADMINISTRATION
PO BOX 9941
LITTLE ROCK, AR 72203-9941


STOKES TRUCKING
14400 N. HWY 38
COLLINSTON, UT 84306

THE GOODYEAR TIRE & RUBBER CO.
C/O: RUBIN & LEVIN, P.C.
342 MASSACHUSETTS AVE, STE. 500
INDIANAPOLIS, IN 46204


THERMO-KING
C/O: SVC, INC.
75 REMITTANCE DRIVE, STE. 1023
CHICAGO, IL 60675-1023


TMW SYSTEMS
C/O: US BANK
PO BOX 643562
CINCINNATI, OH 45264-3562


TN DEPT. OF LABOR & WORKFORCE DVLMPT.
220 FRENCH LANDING DRIVE
NASHVILLE, TN 37243


TRANSFLO EXPRESS, LLC
PO BOX 88322
MILWAUKEE, WI 53288-0322


TRANSWORLD SYSTEMS
PO BOX 4903
TRENTON, NJ 08650


TYCO HEALTHCARE
C/O: CONDATA
9830 WEST 190TH ST., STE. M
MOKENA, IL 60448-5603

UNITED COLLECTION BUREAU, INC.
5620 SOUTHWYCK BVLD., STE. 206
TOLEDO, OH 43614


US XPRESS
4080 JENKINS RD.
CHATTANOOGA, TN 37421


US XPRESS ENTERPRISES, INC.
C/O: LISA PATE
4080 JENKINS ROAD
CHATTANOOGA, TN 37421


UTILITY PETERBUILT OF INDIANAPOLIS
4255 HARDING STREET
INDIANAPOLIS, IN 46217


VALVOLINE
C/O: RECOVERY ONE, LLC
5100 PARK CENTER, STE. 120
DUBLIN, OH 43017-7563


WIN PUBLISHING, INC.
736 SPOKANE RD.
PO BOX 235
SPOKANE, MO 65754


WORKER TRAINING FUND
PO BOX 6285
INDIANAPOLIS, IN 46206-6285

```
ZEE MEDICAL
PO BOX 781554
INDIANAPOLIS, IN 46278
```

# United States Bankruptcy Court
## Southern District of Indiana

In re __Team One Transport, Inc.__ _____    Case No. _____

Debtor(s)    Chapter    __11__ _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Team One Transport, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Kohls Holdings LLC
9841 Deer Ridge Dr.
Ooltewah, TN 37363**

☐ None [*Check if applicable*]

October  8, 2010 _____    **/s/ Samuel D. Hodson** _____

Date    **Samuel D. Hodson 10842-41**

Signature of Attorney or Litigant
Counsel for __Team One Transport, Inc.__
**Benesch, Friedlander, Coplan & Aronoff LLP
One American Square, Suite 2300
Box 82008
Indianapolis, IN 46282
(317) 632-3232 Fax:(317) 632-2962**